# ELECTRONIC RECORD

COA # 14-14-00609-CR

OFFENSE: Aggravated Assault

STYLE: Matthew Vincent Woodard v The State of Texas      COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 182nd District Court

DATE: June 25, 2015   Publish: No

TC CASE #:1366319

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Matthew Vincent Woodard v The State of Texas

CCA # _____

_____PRO SE_____   Petition          CCA Disposition: **976-15**

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: __11/25/2015__          SIGNED: _____   PC: _____

JUDGE: _____          PUBLISH: _____   DNP: _____

-----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**